DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS HENRY JACKSON, III,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1356

[November 6, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin Samuel Fein, Judge; L.T. Case No. 21003632CF10A.

Daniel Eisinger, Public Defender, and Robert Porter, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, and Briana P. Reed, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and SHEPHERD, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***